**William Schmitt - Activity in Case 3:10-cv-00248-DRH-PMF Barter v. American Coal Company, The Discovery Dispute Conference**

**From:** <ilsd_nef@ilsd.uscourts.gov>
**To:** <ilsd_nef@ilsd.uscourts.gov>
**Date:** 11/12/2010 3:19 PM
**Subject:** Activity in Case 3:10-cv-00248-DRH-PMF Barter v. American Coal Company, The Discovery Dispute Conference

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of Illinois

### Notice of Electronic Filing

The following transaction was entered on 11/12/2010 at 3:17 PM CST and filed on 11/12/2010



EXHIBIT A

**Docket Text:**
Minute Entry for proceedings held before Magistrate Judge Philip M. Frazier: Discovery Dispute Conference held on 11/12/2010. Defendant's objections to Interrogatories 6 and 7 are overruled. Answers due within ten days. (krm, ) THIS TEXT ENTRY IS AN ORDER OF THE COURT. NO FURTHER DOCUMENTATION WILL BE MAILED.

**3:10-cv-00248-DRH-PMF Notice has been electronically mailed to:**

Laura C. Hayden     lch@greensfelder.com, cc@greensfelder.com, rle@greensfelder.com

Ryan Thomas Barke     rtb@greensfelder.com, cc@greensfelder.com, jw@greensfelder.com

Stephen W. Stone     sstone@neondsl.com, sstone@hdslawfirm.com

William A. Schmitt     was@greensfelder.com, cc@greensfelder.com, jw@greensfelder.com

**3:10-cv-00248-DRH-PMF Notice has been delivered by other means to:**