

# Howerton, Dorris & Stone

ROBERT H. HOWERTON
DOUGLAS N. DORRIS
STEPHEN W. STONE*

JAMES R. LAMBERT

*ALSO LICENSED IN MISSOURI

**ATTORNEYS**
*at*
*Liberty & Main*
300 WEST MAIN
MARION, ILLINOIS 62959

(618) 993-2616
FAX (618) 997-1845

RALPH W. HARRIS
(1904-1982)

GORDON LAMBERT
RETIRED

November 8, 2010

Mr. William A. Schmitt
Greensfelder, Hemker & Gale, P.C.     *via fax & US mail: 257-7353*
12 Wolf Creek Drive, Suite 100
Swansea, IL 62226

RE:   Jeremy Barter v. American Coal Co.

Dear Bill:

We have scheduled a telephone conference with Judge Frazier on this case on November 12, 2010 at 11:00 a.m. to discuss the disputed interrogatories. I will initiate the call.

Yours truly,

HOWERTON, DORRIS & STONE

Stephen W. Stone
-pnr



EXHIBIT C

hds@neondsl.com                                                                 www.hdslawfirm.com