IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEREMY BARTER,

     Plaintiff,

 -vs-

THE AMERICAN COAL COMPANY,

     Defendant.            Case No. 10-CV-248-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on June 16, 2011, this case is **DISMISSED** with prejudice. Each party shall bear their own costs.

                         **NANCY J. ROSENSTENGEL,**
                         **CLERK OF COURT**


                         **BY:**     */s/Sandy Pannier*
                                  **Deputy Clerk**

Dated: June 16, 2011

*Digitally signed by David R. Herndon*
*Date: 2011.06.16 16:28:37 -05'00'*

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT